IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC

2023 JAN -3 PM 12: 31

DONTRELL COCHRAN MONTEZ
*[Enter the full name of the plaintiff in this action]*

v.

BERKELEY COUNTY SHERIFF
OFFICE

_____

_____

_____

*Enter above the full name of defendant(s) in this action*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:23-cv-16-BHH-MGB
*(to be assigned by Clerk)*

**C O M P L A I N T**
**State Prisoner**

2023 JAN -5 AM 11: 50
RECEIVED USDC
CLERK, CHARLESTON, SC

I.    PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?                    Yes_____                    No __✓__

B.   If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1.    Parties to this previous lawsuit:

         Plaintiff: _____

         Defendant(s): _____

   2. Court: _____
              *(If federal court, name the district; if state court, name the county)*

   3. Docket Number: _____

   4. Name(s) of Judge(s) to whom case was assigned: _____

   5. Disposition: _____
                  *(For example, was the case dismissed? Appealed? Pending?)*

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

Complaint - State Prisoner
Revised May 9, 2013

II.  PLACE OF PRESENT CONFINEMENT

A.  Name of Prison/Jail/Institution:  HILL-FINKLEA DETENTION CENTER

B.  What are the issues that you are attempting to litigate in the above-captioned case?

RECKLESS DISREGARD

C.  (1)  Is there a prisoner grievance procedure in this institution?    Yes_____    No __✓__

(2)  Did you file a grievance concerning the claims you are raising in this matter?    Yes_____    No __✓__

When_____    Grievance Number (if available) _____

D.  Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?    Yes_____    No __✓__

E.  When was the final agency/departmental/institutional answer or determination received by you? _____

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F.  If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?    Yes __✓__    No_____

G.  If your answer is YES:

1.  What steps did you take? I WAS LETTING MEDICAL KNOW EVERYTHING

2.  What was the result? NOTHING HAPPENED

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A.  Name of Plaintiff: DONTRELL COCHRAN MONTEZ    Inmate No.: 12800

Address: 300 CALIFORNIA AVE MONCKS CORNER S.C. 29461

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.  Name of Defendant:_____    Position:_____

Place of Employment:_____

C.  Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

_____

_____

_____

Complaint - State Prisoner
Revised May 9, 2013

IV. STATEMENT OF CLAIM

State here, as briefly as possible, the _facts_ of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

On 11-23-22 Apox/Arounds 1:30AM, I WAS ILLEGALLY SEARCHED DUE TO A TRAFFIC STOP FOR, FAILURE TO STOP FOR BLUE LIGHT I STEPPED OUT TO APPROCH THE OFFICERS THEN REALIZE THAT THE OFFICERS RELEASED HIS DOG THEN I ATTEMPT TO FLEE AFRAID FOR MY LIFE I'VE HAD A BAD EXPERIENCE WHEN I WAS YOUNGER WITH DOGS AND NEVER EXPECTED TO GO THROUGH THE SAME EXPERIENCE AGAIN WITH AN OFFICER DOG, WITH THAT BEING SAID I WAS ATTACKED BY THE DOG WITH 2 OFFICERS STANDING OVER ME WITH THEIR WEAPONS POINTED ON ME STATING TO TAKE MY HANDS OF THEIR THEN THEY WILL RELEASE THE DOG SO I LET GO AND MINS LATER THE OFFICER DOG WAS RELEASED, AND I WAS ARRESTED AND TOOK TO TREDENT MEDICAL HOSPITAL TREATED THEN TRANSPORTED TO HILL-FINKLEA, DETENTION CENTER, I'm JUST WRITTING WHAT I CAN REMEMBER FROM THAT DAY DUE TO ME BLACKING OUT.

Complaint - State Prisoner
Revised May 9, 2013

V.   RELIEF

*State briefly and exactly what you want the court to do for you.*

5,000,000
TO

I'm SEEKING THE SUM OF 10,000,000

FOR THE FACT OF LOSS OF WAGES,
PAIN AND SUFFERING, PHYSICAL AND EMOTIONAL
~~TRAMUMA~~ TRAUMA, DIFFICULTY STANDING/WALKING
SLEEPING/RESTING/DREAMING.

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* _____ *day of* ____ 12 - 22 ____ , 20 22 .

_____

*Signature of Plaintiff*

Complaint - State Prisoner
Revised May 9, 2013